# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carter, Austin E. | U.S. Bankruptcy Court, Middle District of Georgia | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ✔ Annual ☐ Final  5b. ✔ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

433 Cherry Street, First Floor
Macon, GA 31201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary and Retirement Plan Trustee | M. Gary Carter, M.D. P.A. |
| 2. | Member, Board of Directors | Vine Ingle Little League |
| 3. | Member, Board of Trustees | Mulberry Street United Methodist Church |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | SunTrust Bank Retirement Plan (spouse); former employer of spouse; employment ended in 2006 [no distributions until 2039] |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Mulberry Street United Methodist Church |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institute of Continuing Legal Education in Georgia | 12/14/17 to 12/15/17 | Greensboro, GA | Bankruptcy CLE | Hotels, meal |
| 2. | Coastal Bankruptcy Law Institute | 04/20/17 to 04/21/17 | Savannah, GA | Bankruptcy CLE | Hotel, meals, local transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash Accounts; State Bank & Trust | A | Interest | J | T | | | | | |
| 2. Brokerage Account (IRA) | | | | | | | | | |
| 3. - Pepsico common stock | A | Dividend | J | T | | | | | |
| 4. - First Trust Sabrient Bakers Dozen Port 2017 Series Term 02/28/2017 | A | Dividend | J | T | Buy | 03/01/17 | J | | |
| 5. - First Trust Sabrient Bakers Dozen Port 2016 Series Term 02/24/17 | A | Dividend | | | Sold | 02/28/17 | J | A | |
| 6. - Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |
| 7. - Weyerhauser Co. | A | Dividend | J | T | | | | | |
| 8. - Raymond James Bank, N.A. | A | Interest | J | T | | | | | |
| 9. Vanguard Equity Income Fund (IRA) | C | Dividend | M | T | | | | | |
| 10. Dodge & Cox International Stock Fund (IRA) | A | Dividend | J | T | | | | | |
| 11. Franklin Mutual Beacon Fund (IRA) | A | Dividend | K | T | | | | | |
| 12. SunTrust Bank 401(k) Account | | | | | | | | | |
| 13. - Vanguard Russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |
| 14. - Vanguard Total Bond Market Index Fund | A | Dividend | J | T | | | | | |
| 15. - Vanguard Inflation Protected Securities Fund | A | Dividend | J | T | | | | | |
| 16. - Vanguard Target Retirement 2040 Fund | A | Dividend | K | T | | | | | |
| 17. Mass Mutual Whole Life Policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mass Mutual Whole Life Policy | A | Dividend | | | Redeemed | 08/23/17 | J | A | |
| 19. OneAmerica (State Life) Whole Life Policy (1/3 ownership) | A | Dividend | J | T | | | | | |
| 20. Mass Mutual Whole Life Policy (1/4 ownership) | A | Dividend | L | T | | | | | |
| 21. Mass Mutual Whole Life Policy (1/3 ownership) | A | Dividend | M | T | | | | | |
| 22. Vanguard 529 College Savings Plan (Nevada) Conservative Growth Portfol | | None | | | Sold | 03/17/17 | K | A | |
| 23. Vanguard 529 College Savings Plan (Nevada) | | | | | | | | | |
| 24. - Vanguard Moderate Age-Based Portfolio | | None | J | T | Buy | 03/17/17 | K | | |
| 25. - Vanguard Moderate Age-Based Portfolio | | | | | Sold (part) | 10/05/17 | J | A | |
| 26. - Vanguard Value Index Fund | | None | J | T | Buy | 10/05/17 | J | | |
| 27. Vanguard 529 College Savings Plan (Nevada) | | | | | | | | | |
| 28. - Vanguard Value Index Fund | A | Dividend | J | T | Sold (part) | 03/17/17 | J | A | |
| 29. - Vanguard Aggressive Age-Based Portfolio | | None | J | T | Buy | 03/17/17 | J | | |
| 30. Vanguard 529 College Savings Plan (Nevada) | | | | | | | | | |
| 31. - Vanguard Aggressive Growth Portfolio | | None | J | T | Sold (part) | 03/17/17 | J | A | |
| 32. - Vanguard Value Index Fund | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 33. Taverna Buckhead, LP | | None | K | U | | | | | |
| 34. Westpath--United Methodist Personal Investment Plan | A | Dividend | J | T | Open | 01/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 7. This is same that was listed as in Part VII, Line 7 of 2016 Amended Report as "Weyerhauser Co. (formerly Plum Creek Timber Co.)." The merger of these two entites occured during 2016, so I see no need to continue to report the former name of Weyerhauser Co.

Part VII, Line 28: This is same item that was listed as "Vanguard 529 College Savings Plan (Nevada) Value Index Portfolio" on Part VII, Line 24 of 2016 Amended Report.

Part VII, Line 31: This is same item that was listed as "Vanguard 529 College Savings Plan (Nevada) Aggressive Growth Portfolio" on Part VII, Line 25 of 2016 Amended Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Austin E. Carter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544